IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELE E. LAMIRANDE, | No. C 12-05520 RS |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO DISMISS, WITHOUT LEAVE TO AMEND** |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |

Plaintiff Michele E. Lamirande, appearing *in pro se*, alleges that defendant Wells Fargo Bank participated in a so-called "liar's loan enterprise," a subset of the national subprime mortgage industry, "including all of the top executives of the top subprime mortgage originators, the top subprime mortgage-backed securities issuers, the top subprime mortgage servicers, the national appraisal management companies, the nationwide network of mortgage brokers, certain institutional investors, and the Federal Reserve Chairman Alan Greenspan and Chairman Ben Bernanke." Lamirande contends these individuals and entities all "played a significant role in the creation of millions of predatory loans originated nationwide between the years 1997 and 2008." Lamirande's theory is that this "enterprise" systematically utilized falsely inflated appraisals of residential properties to originate mortgage loans with misleading loan-to-value ratios. Based on these allegations, Lamirande asserts a single count against Wells Fargo under the Racketeering Influenced Corrupt Organizations Act ("RICO").

Defendant Wells Fargo's motion to dismiss the original complaint, which Lamirande did not oppose, was granted, with leave to amend. Wells Fargo now moves to dismiss the amended complaint, and Lamirande again has filed no opposition. Pursuant to Civil Local Rule 7-1(b), the matter has been submitted without oral argument.

The motion is granted. The changes made in the amended complaint have done nothing of substance to cure the defects identified in the prior order. Lamirande's failure to oppose dismissal further supports the conclusion that no viable claim exists. Under the circumstances, further leave to amend is not warranted. The action is dismissed and the Clerk shall close the file.

IT IS SO ORDERED.

Dated: 5/9/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE